IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

KELLY L. PARTLOW, MATTHEW NEWBY, )
and JOHNA PEARSON, individually and on )
behalf of others similarly situated., )
          )
         Plaintiffs, )
          ) CAUSE NO. 1:22-cv-01467-TWP-MKK
      vs. )
          )
JERRY ASHER in his official capacity, as )
Howard County Sheriff, )
          )
         Defendants. )
          )

**ORDER GRANTING PARTIES'**
**JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

This matter comes before the Court on the parties' Joint Motion to Extend Case

Management Deadlines, Dkt. [57]. The Court, having fully reviewed the matter, now **GRANTS**

the Motion

       It is therefore ordered:

- The parties' deadline to complete discovery and to file a joint report regarding discovery is extended to and including August 23, 2023;

- Plaintiff's deadline to file a Motion for Certification is extended to and including September 6, 2023; and

- All other provisions of this Court's case management orders will remain in effect.

       So ORDERED.

       Date: 6/8/2023

                                  _____

                                  M. Kendra Klump
                                  United States Magistrate Judge
                                  Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.